## 36049. J. L. LESTER & SON, INC. v. HARTSFIELD et al.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED MARCH 14, 1980 — DECIDED APRIL 8, 1980.

*Marson G. Dunaway, Jr.,* for appellant.
*Archer, Elsey & Vaughan, David N. Vaughan, Jr., G. Carey Nelson,* for appellees.

## 36055. NEWMAN v. CHATHAM COUNTY et al.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED MARCH 21, 1980 — DECIDED APRIL 8, 1980.

*Owen J. Mullininx,* for appellant.
*Anthony Solms, Gordon B. Smith,* for appellees.